IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-03134-01-CR-S-DW |
| | ) |
| DANNY D. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

Before the Court is plaintiff's Motion for Final Order of Forfeiture. On March 29, 2005, this Court entered a Preliminary Order of Forfeiture, ordering defendant Danny D. Williams to forfeit all his right, title, and interest in the following described assets, which are subject to forfeiture because they are films, videotape, or other matter which contain visual depictions described in Title 18, United States Code, Section 2252A, which were produced, transported, mailed, shipped or received in interstate or foreign commerce, in violation of Title 18, United States Code, Section 2252A:

> An A Open Desk Top computer, serial number 289583 with a
> Western Digital hard drive.

The United States caused to be published in the *Cedar County Republican*, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

No timely claim has been filed. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Therefore, it is hereby

ORDERED that plaintiff's Motion for Final Order of Forfeiture is granted. It is further

ORDERED that the following property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853(n):

> An A Open Desk Top computer, serial number 289583 with a
> Western Digital hard drive.

ORDERED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law. It is further

ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order. It is further

ORDERED that the Clerk of the Court shall forward four certified copies of this Order to the United States Attorney's Office, Attention: Cynthia J. Hyde, Assistant U.S. Attorney 901 St. Louis, Suite 500, Springfield, MO 65806-2511.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Dated this   7th   day of  July , 2005,